UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

STEPHEN W. SMITH

CRIMINAL NO. 12CR10389

Defendant

## CRIMINAL MISDEMEANOR CASES
### REFERENCE FOR REVIEW

In accordance with 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-captioned case is referred to Judge _____SARIS_____ , acting in his/her capacity as the Miscellaneous Business Docket Judge, for determination as to whether the case shall be continued before the District Court or referred to a Magistrate Judge for disposition.

Date __12/20/12_____    Deputy Clerk: _Antonia Lens Baptista_

## ORDER

After review of this case pursuant to the provisions of 18 USC section 3401(f) and Rule 7(b)(3) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, it is hereby ORDERED that this case be:

( )  Continued before the District Court.

(✓)  Referred to a Magistrate Judge of this Court.

Date __12/26/2012__    District Judge _Patti B Saris_

### REFERENCE FOR DISPOSITION

In accordance with the above order of the Court, this case is assigned to Magistrate Judge, __Sorokin_____ pursuant to Rule 7(b)(5) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts.

Date: __12/26/12__    Deputy Clerk _Antonia Lens Baptista_

(Misdemeanor_Reference_for_Review.wpd -11-2011)