3-26-13

Chief Magistrate
Judge Leo Sorokin
U.S. Federal Courthouse
Boston, Ma.

Dear Judge Sorokin:
Please do not disregard this letter as a crank writer
— it's just my feelings on the sentencing of Stat Smith
on April 5, 2013. I feel the plea bargain is outrageous.
Firstly, the plea bargain of six months are with two
misdemeanors instead of felonies, is an affront to other
inmates who have received minimum mandatory sentences.
Is it who represents you in court the name of the game?
Is it get a former federal prosecutor as your lawyer
to get a "slap on the wrist" plea bargain?
The biggest joke of all, after Smith controlled the outcome
of at least two elections he won — Smith is able, under the
agreement, to run for office again after five years.
What Ortiz was thinking when she OK'd this deal
is insane!
   Smith is an example of what a lot of Everett people feel;
he's a criminal, and should be sentenced like one.
He, as a felon, should be barred from ever seeking office
again. He ruined a lot of people's lives and the plea
bargain will let him get away with it.
If there's any justice for those Smith hurt, it seems they
won't get it on April 5.
                                    Sincerely,
                                    An Outraged Voter
                                    who wants the plea bargain "scrapped"